**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No.  8:03-cr-77-T-30TBM

GHASSAN ZAYED BALLUT

_____

## JUDGMENT OF ACQUITTAL

This cause having come before the Court, it is **ORDERED AND ADJUDGED** that

Defendant GHASSAN ZAYED BALLUT is  not guilty of the offenses(s) charged against him in

Count Thirteen (13) of the First Superseding Indictment.

**DONE** and **ORDERED** at Tampa, Florida this __8__ day of November, 2005.


_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


Copies furnished to:
Counsel of Record
U.S. Marshal
Probation