UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 8:03-CR-77-T-30TBM

SAMI AMIN AL-ARIAN

## VERDICT

### Count One of the Superseding Indictment

1.    As to the offense of Conspiracy to Conduct or Participate in the Conduct of an

Enterprise through a Pattern of Racketeering Activity, in violation of 18 U.S.C. §

1962(d),

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN:**

Guilty _____          Not Guilty _____

If you find the Defendant not guilty as charged in Count One, you need not

consider paragraphs 2 or 3 below.

2.    We, the Jury, having found the Defendant guilty of the offense charged in Count

One, further find with respect to that Count that the Defendant specifically

intended that a member of the conspiracy would commit the racketeering activity

of: acts indictable under Title 18, United States Code, Section 956 (conspiracy to

murder or maim persons at places outside the United States);

Proven _____          Not Proven _____

If you find the racketeering activity of "acts indictable under Title 18, United

States Code, Section 956 (conspiracy to murder or maim persons at places

outside the United States)" in paragraph 2 not proven as charged, you need not consider paragraph 3 below.

3. We, the Jury, having found the Defendant guilty of the offense charged in Count One, and having found that the Defendant specifically intended that a member of the conspiracy would commit the racketeering activity of "acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places outside the United States)," further find with respect to that Count that said racketeering activity involved:

A. conspiracy to murder

Proven _____        Not Proven _____

B. conspiracy to maim

Proven _____        Not Proven _____

## Count Two of the Superseding Indictment

1. As to the offense of Conspiracy to Murder or Maim Persons at Places Outside the United States, in violation of 18 U.S.C. § 956(a)(1),

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____        Not Guilty ___X_____

If you find the Defendant not guilty as charged in Count Two, you need not consider paragraph 2 below.

2. We, the Jury, having found the Defendant guilty of the offense charged in Count Two, further find with respect to that Count that the Defendant conspired to commits acts that would constitute the offense of:

2

A.    murder

      Proven _____          Not Proven _____

B.    maiming

      Proven _____          Not Proven _____

## Count Three of the Superseding Indictment

As to the offense of Conspiracy to Provide Material Support to a Designated

Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B,

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty _____

## Count Four of the Superseding Indictment

1.    As to the offense of Conspiracy to Make and Receive Contributions of Funds,

Goods, or Services to, or for the Benefit of Specially Designated Terrorists, in

violation of 18 U.S.C. § 371,

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty _____

If you find the Defendant not guilty as charged in Count Four, you need not

consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **SAMI AMIN AL-ARIAN**, guilty of the

offense charged in Count Four, further find with respect to that Count that the

Defendant conspired to make and receive contributions of funds, goods, or

services to, or for the benefit of the following Specially Designated Terrorist(s):

A.    Palestinian Islamic Jihad - Shiqaqi Faction

      Proven _____          Not Proven _____

B.    Fathi Shiqaqi

Proven _____        Not Proven _____

C.    Abd Al Aziz Awda

Proven _____        Not Proven _____

D.    Ramadan Abdullah Shallah

Proven _____        Not Proven _____

## Count Seven of the Superseding Indictment

1.    As to the offense of Use of the Mail or Any Facility in Interstate or Foreign

Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____        Not Guilty _____

If you find the Defendant not guilty as charged in Count Seven, you need not

consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **SAMI AMIN AL-ARIAN**, guilty of the

offense charged in Count Seven, further find with respect to that Count that the

Defendant committed the offense:

A.    with the intent to commit any crime of violence to further the unlawful

activity of extortion or money laundering

Proven _____        Not Proven _____

B.    with the intent to otherwise promote, manage, establish, carry on, or

facilitate the promotion, management, establishment, or carrying on, of

the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

4

## Count Eight of the Superseding Indictment

1.    As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____        Not Guilty \_\_\_\_\_X_____

If you find the Defendant not guilty as charged in Count Eight, you need not consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **SAMI AMIN AL-ARIAN**, guilty of the offense charged in Count Eight, further find with respect to that Count that the Defendant committed the offense:

    A.    with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

        Proven _____        Not Proven _____

    B.    with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

        Proven _____        Not Proven _____

## Count Nine of the Superseding Indictment

1.    As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____        Not Guilty _____

If you find the Defendant not guilty as charged in Count Nine, you need not consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **SAMI AMIN AL-ARIAN**, guilty of the offense charged in Count Nine, further find with respect to that Count that the Defendant committed the offense:

A.    with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

B.    with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

### Count Seventeen of the Superseding Indictment

1.    As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty ___X_____

If you find the Defendant not guilty as charged in Count Seventeen, you need not consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **SAMI AMIN AL-ARIAN**, guilty of the offense charged in Count Seventeen, further find with respect to that Count that the Defendant committed the offense:

6

A.    with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

B.    with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

## Count Twenty-Seven of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty ___X_____

## Count Twenty-Eight of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty ___X_____

## Count Twenty-Nine of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty ___X_____

### Count Thirty-Eight of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty _____

### Count Thirty-Nine of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty _____

### Count Forty of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty _____

### Count Forty-Four of the Superseding Indictment

As to the offense of Attempt to Procure Citizenship or Naturalization Unlawfully,

in violation of 18 U.S.C. § 1425(a),

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty _____

### Count Forty-Six of the Superseding Indictment

As to the offense of Obstruction of Justice, in violation of 18 U.S.C. § 1505,

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty ___X_____

8

## Count Fifty-Three of the Superseding Indictment

As to the offense of Obstruction of Justice, in violation of 18 U.S.C. § 1503 and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **SAMI AMIN AL-ARIAN**:

Guilty _____          Not Guilty ___*X*_____

SO SAY WE ALL, this *6th* day of *Dec* ,*2005*.

_____*#105*_____
FOREPERSON