UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO.:  8:03-CR-77-T-30TBM

SAMEEH TAHA HAMMOUDEH

## VERDICT

### Count One of the Superseding Indictment

1.      As to the offense of Conspiracy to Conduct or Participate in the Conduct of an Enterprise through a Pattern of Racketeering Activity, in violation of 18 U.S.C. § 1962(d),

We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH**:

Guilty _____O_____          Not Guilty _____12_____

If you find the Defendant not guilty as charged in Count One, you need not consider paragraphs 2 or 3 below.

2.      We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to that Count that the Defendant specifically intended that a member of the conspiracy would commit the racketeering activity of: acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places outside the United States);

Proven _____          Not Proven _____

If you find the racketeering activity of "acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places

outside the United States)" in paragraph 2 not proven as charged, you need not consider paragraph 3 below.

3.      We, the Jury, having found the Defendant guilty of the offense charged in Count One, and having found that the Defendant specifically intended that a member of the conspiracy would commit the racketeering activity of "acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places outside the United States)," further find with respect to that Count that said racketeering activity involved:

A.      conspiracy to murder

Proven _____          Not Proven _____

B.      conspiracy to maim

Proven _____          Not Proven _____

## Count Two of the Superseding Indictment

1.      As to the offense of Conspiracy to Murder or Maim Persons at Places Outside the United States, in violation of 18 U.S.C. § 956(a)(1),

We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH**:

Guilty ___*0*___          Not Guilty ___*12*___

If you find the Defendant not guilty as charged in Count Two, you need not consider paragraph 2 below.

2.      We, the Jury, having found the Defendant guilty of the offense charged in Count Two, further find with respect to that Count that the Defendant conspired to commits acts that would constitute the offense of:

A.    murder

Proven _____          Not Proven _____

B.    maiming

Proven _____          Not Proven _____

## Count Three of the Superseding Indictment

As to the offense of Conspiracy to Provide Material Support to a Designated

Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B,

We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH:**

Guilty ___0___          Not Guilty ___12___

## Count Four of the Superseding Indictment

As to the offense of Conspiracy to Make and Receive Contributions of Funds,

Goods, or Services to, or for the Benefit of Specially Designated Terrorists, in

violation of 18 U.S.C. § 371,

We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH:**

Guilty ___0___          Not Guilty ___12___

If you find the Defendant not guilty as charged in Count Four, you need not

consider paragraph 2 below.

2.    We, the Jury, having found defendant, **SAMEEH TAHA HAMMOUDEH**, guilty of

the offense charged in Count Four, further find with respect to that Count that the

Defendant conspired to make and receive contributions of funds, goods, or

services to, or for the benefit of the following Specially Designated Terrorist(s):

A.    Palestinian Islamic Jihad - Shiqaqi Faction

Proven _____          Not Proven _____

3

B.      Fathi Shiqaqi

Proven _____          Not Proven _____

C.      Abd Al Aziz Awda

Proven _____          Not Proven _____

D.      Ramadan Abdullah Shallah

Proven _____          Not Proven _____

## Count Five of the Superseding Indictment

1.      As to the offense of Use of the Mail or Any Facility in Interstate or Foreign

Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH**:

Guilty _____O_____          Not Guilty _____12_____

If you find the Defendant not guilty as charged in Count Five, you need not

consider paragraph 2 below.

2.      We, the Jury, having found the Defendant, **SAMEEH TAHA HAMMOUDEH**,

guilty of the offense charged in Count Five, further find with respect to that Count

that the Defendant committed the offense:

A.      with the intent to commit any crime of violence to further the unlawful

activity of extortion or money laundering

Proven _____          Not Proven _____

B.      with the intent to otherwise promote, manage, establish, carry on, or

facilitate the promotion, management, establishment, or carrying on, of

the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

4

## Count Six of the Superseding Indictment

1.      As to the offense of Use of the Mail or Any Facility in Interstate or Foreign

Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH**:

Guilty _____0_____          Not Guilty ____12_____

If you find the Defendant not guilty as charged in Count Six, you need not

consider paragraph 2 below.

2.      We, the Jury, having found the Defendant, **SAMEEH TAHA HAMMOUDEH,**

guilty of the offense charged in Count Six, further find with respect to that Count

that the Defendant committed the offense:

A.      with the intent to commit any crime of violence to further the unlawful

activity of extortion or money laundering

Proven _____          Not Proven _____

B.      with the intent to otherwise promote, manage, establish, carry on, or

facilitate the promotion, management, establishment, or carrying on, of

the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

## Count Ten of the Superseding Indictment

1.      As to the offense of Use of the Mail or Any Facility in Interstate or Foreign

Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH**:

Guilty ____0_____          Not Guilty ___12_____

5

If you find the Defendant not guilty as charged in Count Ten, you need not consider paragraph 2 below.

2.  We, the Jury, having found the Defendant, **SAMEEH TAHA HAMMOUDEH**, guilty of the offense charged in Count Ten, further find with respect to that Count that the Defendant committed the offense:

A.  with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

B.  with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

## Count Eleven of the Superseding Indictment

1.  As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH**:

Guilty ____0_____        Not Guilty ____12_____

If you find the Defendant not guilty as charged in Count Eleven, you need not consider paragraph 2 below.

2.  We, the Jury, having found the Defendant, **SAMEEH TAHA HAMMOUDEH**, guilty of the offense charged in Count Eleven, further find with respect to that Count that the Defendant committed the offense:

A.    with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

B.    with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

**Count Seventeen of the Superseding Indictment**

1.    As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH**:

Guilty ____O_____        Not Guilty _____12_____

If you find the Defendant not guilty as charged in Count Seventeen, you need not consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **SAMEEH TAHA HAMMOUDEH**, guilty of the offense charged in Count Seventeen, further find with respect to that Count that the Defendant committed the offense:

A.    with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

B.      with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____      Not Proven _____

**Count Forty-Five of the Superseding Indictment**

1.      As to the offense of False Statement in Immigration Application, in violation of 18 U.S.C. § 1546(a),

We, the Jury, find the Defendant, **SAMEEH TAHA HAMMOUDEH**:

Guilty __*0*__      Not Guilty __*12*__

If you find the Defendant not guilty as charged in Count Forty-Five, you need not consider paragraph 2 below.

2.      We, the Jury, having found the Defendant, **SAMEEH TAHA HAMMOUDEH**, guilty of the offense charged in Count Forty-Five, further find with respect to that Count that the offense was committed to facilitate an act of international terrorism:

Proven _____      Not Proven _____

SO SAY WE ALL, this __5th__ day of __December__, 2005.

__#105_____
FOREPERSON