UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA  DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO.:  8:03-CR-77-T-30TBM

GHASSAN ZAYED BALLUT

## VERDICT

## Count One of the Superseding Indictment

1.    As to the offense of Conspiracy to Conduct or Participate in the Conduct of an Enterprise through a Pattern of Racketeering Activity, in violation of 18 U.S.C. § 1962(d),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____ $O$ _____          Not Guilty _____ $/\partial$ _____

If you find the Defendant not guilty as charged in Count One, you need not consider paragraphs 2 or 3 below.

2.    We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to that Count that the Defendant specifically intended that a member of the conspiracy would commit the racketeering activity of: acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places outside the United States);

Proven _____          Not Proven _____

If you find the racketeering activity of "acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places

outside the United States)" in paragraph 2 not proven as charged, you need not consider paragraph 3 below.

3.      We, the Jury, having found the Defendant guilty of the offense charged in Count One, and having found that the Defendant specifically intended that a member of the conspiracy would commit the racketeering activity of "acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places outside the United States)," further find with respect to that Count that said racketeering activity involved:

A.      conspiracy to murder

        Proven _____          Not Proven _____

B.      conspiracy to maim

        Proven _____          Not Proven _____

## Count Two of the Superseding Indictment

1.      As to the offense of Conspiracy to Murder or Maim Persons at Places Outside the United States, in violation of 18 U.S.C. § 956(a)(1),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____0_____          Not Guilty ____12_____

If you find the Defendant not guilty as charged in Count Two, you need not consider paragraph 2 below.

2.      We, the Jury, having found the Defendant guilty of the offense charged in Count Two, further find with respect to that Count that the Defendant conspired to commits acts that would constitute the offense of:

2

A.    murder

Proven _____         Not Proven _____

B.    maiming

Proven _____         Not Proven _____

## Count Three of the Superseding Indictment

As to the offense of Conspiracy to Provide Material Support to a Designated

Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ____0_____         Not Guilty ___12_____

## Count Four of the Superseding Indictment

As to the offense of Conspiracy to Make and Receive Contributions of Funds,

Goods, or Services to, or for the Benefit of Specially Designated Terrorists, in

violation of 18 U.S.C. § 371,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___0_____         Not Guilty ___12_____

If you find the Defendant not guilty as charged in Count Four, you need not

consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **GHASSAN ZAYED BALLUT**, guilty of

the offense charged in Count Four, further find with respect to that Count that the

Defendant conspired to make and receive contributions of funds, goods, or

services to, or for the benefit of the following Specially Designated Terrorist(s):

A.    Palestinian Islamic Jihad - Shiqaqi Faction

Proven _____         Not Proven _____

3

B.    Fathi Shiqaqi

Proven _____          Not Proven _____

C.    Abd Al Aziz Awda

Proven _____          Not Proven _____

D.    Ramadan Abdullah Shallah

Proven _____          Not Proven _____

## Count Fourteen of the Superseding Indictment

1.    As to the offense of Use of the Mail or Any Facility in Interstate or Foreign

Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT:**

Guilty ___0___          Not Guilty ___12___

If you find the Defendant not guilty as charged in Count Fourteen, you need not

consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **GHASSAN ZAYED BALLUT**, guilty of

the offense charged in Count Fourteen, further find with respect to that Count

that the Defendant committed the offense:

A.    with the intent to commit any crime of violence to further the unlawful

activity of extortion or money laundering

Proven _____          Not Proven _____

B.    with the intent to otherwise promote, manage, establish, carry on, or

facilitate the promotion, management, establishment, or carrying on, of

the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

4

## Count Fifteen of the Superseding Indictment

1.  As to the offense of Use of the Mail or Any Facility in Interstate or Foreign

    Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2,

    We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

    Guilty ___O___          Not Guilty ___12___

    If you find the Defendant not guilty as charged in Count Fifteen, you need not

    consider paragraph 2 below.

2.  We, the Jury, having found the Defendant, **GHASSAN ZAYED BALLUT**, guilty of

    the offense charged in Count Fifteen, further find with respect to that Count that

    the Defendant committed the offense:

    A.  with the intent to commit any crime of violence to further the unlawful

        activity of extortion or money laundering

        Proven _____          Not Proven _____

    B.  with the intent to otherwise promote, manage, establish, carry on, or

        facilitate the promotion, management, establishment, or carrying on, of

        the unlawful activity of extortion or money laundering

        Proven _____          Not Proven _____

## Count Eighteen of the Superseding Indictment

1.  As to the offense of Use of the Mail or Any Facility in Interstate or Foreign

    Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2,

    We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

    Guilty ___O___          Not Guilty ___12___

5

If you find the Defendant not guilty as charged in Count Eighteen, you need not consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **GHASSAN ZAYED BALLUT**, guilty of the offense charged in Count Eighteen, further find with respect to that Count that the Defendant committed the offense:

A.    with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____         Not Proven _____

B.    with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____         Not Proven _____

## Count Nineteen of the Superseding Indictment

1.    As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ____O_____         Not Guilty ___12_____

If you find the Defendant not guilty as charged in Count Nineteen, you need not consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **GHASSAN ZAYED BALLUT**, guilty of the offense charged in Count Nineteen, further find with respect to that Count that the Defendant committed the offense:

6

A.    with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____    Not Proven _____

B.    with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____    Not Proven _____

## Count Twenty-Two of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___0___    Not Guilty ___12___

## Count Twenty-Four of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___0___    Not Guilty ___12___

## Count Twenty-Five of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___0___    Not Guilty ___12___

7

### Count Twenty-Seven of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____O_____          Not Guilty ___12_____

### Count Twenty-Eight of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____O_____          Not Guilty _____12_____

### Count Twenty-Nine of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____O_____          Not Guilty _____12_____

### Count Thirty of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____O_____          Not Guilty ___12_____

8

**Count Thirty-One of the Superseding Indictment**

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____O_____          Not Guilty _____12_____

**Count Thirty-Two of the Superseding Indictment**

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____O_____          Not Guilty _____12_____

**Count Thirty-Three of the Superseding Indictment**

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____O_____          Not Guilty _____12_____

**Count Thirty-Five of the Superseding Indictment**

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____O_____          Not Guilty _____12_____

**Count Thirty-Six of the Superseding Indictment**

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty _____O_____          Not Guilty _____12_____

9

## Count Thirty-Eight of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___*O*___          Not Guilty ___*12*___

## Count Thirty-Nine of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___*O*___          Not Guilty ___*12*___

## Count Forty of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___*O*___          Not Guilty ___*12*___

## Count Forty-One of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___*O*___          Not Guilty ___*12*___

## Count Forty-Two of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___*O*___          Not Guilty ___*12*___

10

## Count Forty-Three of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **GHASSAN ZAYED BALLUT**:

Guilty ___0___          Not Guilty ___/2___

SO SAY WE ALL, this ___5th___ day of __December__ , _2005_

_#105_
FOREPERSON

A:\p_verdict form_GZB_final_alternate.wpd                11