UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO.:  8:03-CR-77-T-30TBM

HATEM NAJI FARIZ

## VERDICT

## Count One of the Superseding Indictment

1.    As to the offense of Conspiracy to Conduct or Participate in the Conduct of an Enterprise through a Pattern of Racketeering Activity, in violation of 18 U.S.C. § 1962(d),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty _____

If you find the Defendant not guilty as charged in Count One, you need not consider paragraphs 2 or 3 below.

2.    We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to that Count that the Defendant specifically intended that a member of the conspiracy would commit the racketeering activity of: acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places outside the United States);

Proven _____          Not Proven _____

If you find the racketeering activity of "acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places

outside the United States)" in paragraph 2 not proven as charged, you need not consider paragraph 3 below.

3.   We, the Jury, having found the Defendant guilty of the offense charged in Count One, and having found that the Defendant specifically intended that a member of the conspiracy would commit the racketeering activity of "acts indictable under Title 18, United States Code, Section 956 (conspiracy to murder or maim persons at places outside the United States)," further find with respect to that Count that said racketeering activity involved:

A.   conspiracy to murder

Proven _____          Not Proven _____

B.   conspiracy to maim

Proven _____          Not Proven _____

## Count Two of the Superseding Indictment

1.   As to the offense of Conspiracy to Murder or Maim Persons at Places Outside the United States, in violation of 18 U.S.C. § 956(a)(1),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty __X_____

If you find the Defendant not guilty as charged in Count Two, you need not consider paragraph 2 below.

2.   We, the Jury, having found the Defendant guilty of the offense charged in Count Two, further find with respect to that Count that the Defendant conspired to commits acts that would constitute the offense of:

2

A.    murder

    Proven _____    Not Proven _____

B.    maiming

    Proven _____    Not Proven _____

## Count Three of the Superseding Indictment

As to the offense of Conspiracy to Provide Material Support to a Designated

Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____    Not Guilty _____

## Count Four of the Superseding Indictment

As to the offense of Conspiracy to Make and Receive Contributions of Funds,

Goods, or Services to, or for the Benefit of Specially Designated Terrorists, in

violation of 18 U.S.C. § 371,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____    Not Guilty _____

If you find the Defendant not guilty as charged in Count Four, you need not

consider paragraph 2 below.

2.    We, the Jury, having found the Defendant, **HATEM NAJI FARIZ**, guilty of the

offense charged in Count Four, further find with respect to that Count that the

Defendant conspired to make and receive contributions of funds, goods, or

services to, or for the benefit of the following Specially Designated Terrorist(s):

A.    Palestinian Islamic Jihad - Shiqaqi Faction

    Proven _____    Not Proven _____

3

B.   Fathi Shiqaqi

Proven _____   Not Proven _____

C.   Abd Al Aziz Awda

Proven _____   Not Proven _____

D.   Ramadan Abdullah Shallah

Proven _____   Not Proven _____

**Count Twelve of the Superseding Indictment**

1.   As to the offense of Use of the Mail or Any Facility in Interstate or Foreign

Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____      Not Guilty __X_____

If you find the Defendant not guilty as charged in Count Twelve, you need not

consider paragraph 2 below.

2.   We, the Jury, having found the Defendant, **HATEM NAJI FARIZ**, guilty of the

offense charged in Count Twelve, further find with respect to that Count that the

Defendant committed the offense:

A.   with the intent to commit any crime of violence to further the unlawful

activity of extortion or money laundering

Proven _____   Not Proven _____

B.   with the intent to otherwise promote, manage, establish, carry on, or

facilitate the promotion, management, establishment, or carrying on, of

the unlawful activity extortion or money laundering

Proven _____   Not Proven _____

4

## Count Fourteen of the Superseding Indictment

1. As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

   Guilty _____          Not Guilty __✗_____

   If you find the Defendant not guilty as charged in Count Fourteen, you need not consider paragraph 2 below.

2. We, the Jury, having found the Defendant, **HATEM NAJI FARIZ**, guilty of the offense charged in Count Fourteen, further find with respect to that Count that the Defendant committed the offense:

   A. with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

   Proven _____          Not Proven _____

   B. with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

   Proven _____          Not Proven _____

## Count Fifteen of the Superseding Indictment

1. As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

   Guilty _____          Not Guilty __✗_____

5

If you find the Defendant not guilty as charged in Count Fifteen, you need not consider paragraph 2 below.

2.  We, the Jury, having found the Defendant, **HATEM NAJI FARIZ**, guilty of the offense charged in Count Fifteen, further find with respect to that Count that the Defendant committed the offense:

A.  with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

B.  with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

## Count Eighteen of the Superseding Indictment

1.  As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____        Not Guilty __X_____

If you find the Defendant not guilty as charged in Count Eighteen, you need not consider paragraph 2 below.

2.  We, the Jury, having found the Defendant, **HATEM NAJI FARIZ**, guilty of the offense charged in Count Eighteen, further find with respect to that Count that the Defendant committed the offense:

6

A. with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

B. with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

## Count Nineteen of the Superseding Indictment

1. As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ___✗_____

If you find the Defendant not guilty as charged in Count Nineteen, you need not consider paragraph 2 below.

2. We, the Jury, having found the Defendant, **HATEM NAJI FARIZ,** guilty of the offense charged in Count Nineteen, further find with respect to that Count that the Defendant committed the offense:

A. with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____          Not Proven _____

7

B.      with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

## Count Twenty of the Superseding Indictment

1.      As to the offense of Use of the Mail or Any Facility in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2, We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____        Not Guilty _____

If you find the Defendant not guilty as charged in Count Twenty, you need not consider paragraph 2 below.

2.      We, the Jury, having found the Defendant, **HATEM NAJI FARIZ**, guilty of the offense charged in Count Twenty, further find with respect to that Count that the Defendant committed the offense:

A.      with the intent to commit any crime of violence to further the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

B.      with the intent to otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of the unlawful activity of extortion or money laundering

Proven _____        Not Proven _____

8

## Count Twenty-One of the Superseding Indictment

1.  As to the offense of Use of the Mail or Any Facility in Interstate or Foreign

    Commerce, in violation of 18 U.S.C. § 1952(a)(2) and (3) and 18 U.S.C. § 2,

    We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

    Guilty _____          Not Guilty __X_____

    If you find the Defendant not guilty as charged in Count Twenty-One, you need

    not consider paragraph 2 below.

2.  We, the Jury, having found the Defendant, **HATEM NAJI FARIZ**, guilty of the

    offense charged in Count Twenty-One, further find with respect to that Count that

    the Defendant committed the offense:

    A.  with the intent to commit any crime of violence to further the unlawful

        activity of extortion or money laundering

        Proven _____          Not Proven _____

    B.  with the intent to otherwise promote, manage, establish, carry on, or

        facilitate the promotion, management, establishment, or carrying on, of

        the unlawful activity of extortion or money laundering

        Proven _____          Not Proven _____

## Count Twenty-Two of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty __X_____

## Count Twenty-Three of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ___X_____

## Count Twenty-Four of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ____X_____

## Count Twenty-Five of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ___X_____

## Count Twenty-Six of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ___X_____

10

## Count Twenty-Seven of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____            Not Guilty ___X_____

## Count Twenty-Eight of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____            Not Guilty ___X_____

## Count Twenty-Nine of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____            Not Guilty ___X_____

## Count Thirty of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____            Not Guilty ___X_____

11

## Count Thirty-One of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty __X_____

## Count Thirty-Two of the Superseding Indictment

As to the offense of Providing Material Support to a Designated Foreign Terrorist

Organization, in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty __X_____

## Count Thirty-Three of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty _____

## Count Thirty-Four of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty __X_____

## Count Thirty-Five of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty __X_____

12

## Count Thirty-Six of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ___X_____

## Count Thirty-Seven of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ___X_____

## Count Thirty-Eight of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty _____

## Count Thirty-Nine of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty _____

## Count Forty of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty _____

## Count Forty-One of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ____X_____

## Count Forty-Two of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ____X_____

## Count Forty-Three of the Superseding Indictment

As to the offense of Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(A),

We, the Jury, find the Defendant, **HATEM NAJI FARIZ**:

Guilty _____          Not Guilty ____X_____

SO SAY WE ALL, this 6th day of _Dec_____, 2005.

#105
FOREPERSON