UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No.  8:03-cr-77-T-30TBM

SAMI AMIN AL-ARIAN

---

## JUDGMENT OF ACQUITTAL

This cause having come on for trial by jury and before the Court, and the jury having returned a verdict of not guilty on December 6, 2005, as to Counts Two, Eight, Seventeen, Twenty-Seven, Twenty-Eight, Twenty-Nine, Forty-Six, and Fifty-Three of the Superseding Indictment, hereby enters a Judgment of Acquittal as to the above counts.  The jury was unable to reach unanimous verdicts as to Defendant, Sami Amin Al-Arian, on Counts One, Three, Four, Seven, Nine, Thirty-Eight, Thirty-Nine, Forty, and Forty-Four of the Superseding Indictment.  The Court orally declared a mistrial as to those counts that the jury could not reach a verdict on.

**IT IS ORDERED AND ADJUDGED that** the Defendant, Sami Amin Al-Arian, is not guilty of the offenses(s) charged against him in Counts Two, Eight, Seventeen, Twenty-Seven, Twenty-Eight, Twenty-Nine, Forty-Six, and Fifty-Three of the Superseding Indictment.  Furthermore, the Court dismisses the Counts charged against Defendant, Sami Amin Al-Arian, in the original indictment.

**DONE** and **ORDERED** at Tampa, Florida this _____18_____ day of January, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE