**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                          Case No.  8:03-cr-77-T-30TBM

SAMEEH TAHA HAMMOUDEH

_____

## JUDGMENT OF ACQUITTAL

This cause having come on for trial by jury and before the Court, and the jury having

returned a verdict of not guilty on December 5, 2006, as to Counts One, Two, Three, Four,

Five, Six, Ten, Eleven, Seventeen and Forty-Five of the Superseding Indictment, hereby

enters a Judgment of Acquittal as to the above counts.

**IT IS ORDERED AND ADJUDGED** that the Defendant, Sameeh Taha Hammoudeh,

is not guilty of the offenses(s) charged against him in Counts One, Two, Three, Four, Five,

Six, Ten, Eleven, Seventeen and Forty-Five of the Superseding Indictment.  Furthermore,

the Court dismisses the Counts charged against Defendant, Sameeh Taha Hammoudeh,

in the original indictment.

**DONE** and **ORDERED** at Tampa, Florida this _____18____ day of January , 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
U.S. Marshal
Probation