**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          Case No.  8:03-cr-77-T-30TBM

**GHASSAN ZAYED BALLUT**

_____

## JUDGMENT OF ACQUITTAL

This cause having come on for trial by jury and before the Court, and the jury having

returned a verdict of not guilty on December 5, 2006, as to Counts One, Two, Three, Four,

Fourteen, Fifteen, Eighteen, Nineteen, Twenty-Two, Twenty-Four, Twenty-Five, Twenty-

Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Three, Thirty-

Five, Thirty-Six, Thirty-Eight, Thirty-Nine, Forty, Forty-One, Forty-Two and Forty-Three of

the Superseding Indictment, hereby enters a Judgment of Acquittal as to the above counts.

**IT IS ORDERED AND ADJUDGED** that the Defendant, Ghassan Zayed Ballut, is

not guilty of the offenses(s) charged against him in Counts One, Two, Three, Four,

Fourteen, Fifteen, Eighteen, Nineteen, Twenty-Two, Twenty-Four, Twenty-Five, Twenty-

Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Three, Thirty-

Five, Thirty-Six, Thirty-Eight, Thirty-Nine, Forty, Forty-One, Forty-Two and Forty-Three of

the Superseding Indictment.  Furthermore, the Court dismisses the Counts charged against

Defendant, Ghassan Zayed Ballut, in the original indictment.

**DONE** and **ORDERED** at Tampa, Florida this ___18___ day of January , 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE