## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                  **Case No.  8:03-cr-77-T-30TBM**


**HATEM NAJI FARIZ**

---

# JUDGMENT OF ACQUITTAL

This cause having come on for trial by jury and before the Court, and the jury having returned a verdict of not guilty on December 6, 2005, as to Counts Two, Twelve, Fourteen, Fifteen, Eighteen, Nineteen, Twenty-One, Twenty-Two, Twenty-Three, Twenty-Four, Twenty-Five, Twenty-Six, Twenty-Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Four, Thirty-Five, Thirty-Six, Thirty-Seven, Forty-One, Forty-Two, and Forty-Three of the Superseding Indictment, hereby enters a Judgment of Acquittal as to the above counts.  The jury was unable to reach unanimous verdicts as to Defendant, Hatem Naji Fariz, on Counts One, Three, Four, Twenty, Thirty-Three, Thirty-Eight, Thirty-Nine, and Forty of the Superseding Indictment.  The Court orally declared a mistrial as to those counts that the jury could not reach a verdict on.

**IT IS ORDERED AND ADJUDGED that** the Defendant, Hatem Naji Fariz, is not guilty of the offenses(s) charged against him in Counts Two, Twelve, Fourteen, Fifteen, Eighteen, Nineteen, Twenty-One, Twenty-Two, Twenty-Three, Twenty-Four, Twenty-Five, Twenty-Six, Twenty-Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Four, Thirty-Five, Thirty-Six, Thirty-Seven, Forty-One, Forty-Two, and Forty-Three of the Superseding Indictment.  Furthermore, the Court dismisses the Counts charged

against Defendant, Hatem Naji Fariz, in the original indictment.

**DONE** and **ORDERED** at Tampa, Florida this _____18_____ day of January, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE