FILED
06 MAR 14 AM 6:34

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:03-CR-77-T-30TBM

UNITED STATES OF AMERICA

-vs-                                          13 September 2005

SAMI AMIN AL-ARIAN                            9:05 a.m.
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

    Defendants.
----------------------------/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT OF JURY TRIAL - TESTIMONY OF NISSIM ELYASSAF)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

**For the Government:**  **WALTER FURR, ESQUIRE**
　　　　　　　　　　　　**TERRY ZITEK, ESQUIRE**
　　　　　　　　　　　　**CHERIE KRIGSMAN, ESQUIRE**
　　　　　　　　　　　　**ALEXIS COLLINS, ESQUIRE**
　　　　　　　　　　　　*United States Attorney's Office*
　　　　　　　　　　　　400 North Tampa Street
　　　　　　　　　　　　Suite 3200
　　　　　　　　　　　　Tampa, Florida 33602

**For the Defendant**   **WILLIAM MOFFITT, ESQUIRE**
**Sami Al-Arian:**       *Cozen O'Conner, P.C.*
　　　　　　　　　　　　1667 K Street, Northwest
　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　Washington, D.C. 20006-1605

　　　　　　　　　　　　**LINDA MORENO, ESQUIRE**
　　　　　　　　　　　　*Amy V. Jackson, P.A.*
　　　　　　　　　　　　730 East Strawbridge Avenue
　　　　　　　　　　　　Number 200
　　　　　　　　　　　　Melbourne, Florida 32901

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION