# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO:  8:03-CR-77-T-30TBM

SAMI AMIN AL-ARIAN

_____/

## ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Dkt. #1565/#S-53) of the United States Magistrate Judge, and defense counsel Linda Moreno, at the hearing held on April 17, 2006, having waived on behalf of defendant, SAMI AMIN AL-ARIAN, the standard ten (10) day period for filing objections, the plea of guilty of the defendant to Count Four of the Superseding Indictment is now **ACCEPTED** and the defendant, **SAMI AMIN AL-ARIAN**, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge James S. Moody, Jr., at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, 13th Floor, Courtroom 13A, Tampa, Florida, 33602, on **MONDAY, MAY 1, 2006, AT 8:45 A.M.**  **Time reserved: Thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida on April 17, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
U.S. Probation Office
Interpreter Required:  **NO**
U. S. Marshal

F:\Docs\2003\03-cr-77.accept plea Al-Arian.wpd