FILED

06 MAY -9 AM 9: 59

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 8:03-CR-77-T-30TBM

HATEM NAJI FARIZ

_____/

### UNDER SEAL

### DEFENDANT HATEM NAJI FARIZ'S *IN CAMERA* MOTION TO WITHDRAW MOTION TO COMPEL

Defendant, Hatem Naji Fariz, by and through undersigned counsel, respectfully requests that this Honorable Court permit him to withdraw his pending Motion to Compel Production of Any Intercepted Communications Obtained in the Absence of a Court Order and to Disclose Any Use of Such Communications or Their Fruits in Applications for FISA Intercepts (Doc. 1492). As grounds in support, Mr. Fariz states:

1.      The parties have entered into a plea agreement, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

2.      In light of the present posture of the case, Mr. Fariz respectfully requests that this Court allow him to withdraw his pending motion to compel.

WHEREFORE, Defendant, Hatem Naji Fariz, respectfully requests that this Honorable Court permit him to withdraw his pending Motion to Compel Production of Any Intercepted Communications Obtained in the Absence of a Court Order and to Disclose Any

This motion/petition/stipulation has been duly considered and is hereby GRANTED this 8 day of May, 2006.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

Use of Such Communications or Their Fruits in Applications for FISA Intercepts (Doc. 1492).

Respectfully submitted,

R. FLETCHER PEACOCK
FEDERAL PUBLIC DEFENDER


M. Allison Guagliardo
Florida Bar No. 0800031
Assistant Federal Public Defender
400 North Tampa Street, Suite 2700
Tampa, Florida  33602
Telephone:    813-228-2715
Facsimile:    813-228-2562
Attorney for Defendant Fariz

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May 2006, a true and correct copy of

the foregoing has been furnished by hand delivery to Walter Furr, Assistant United States

Attorney; Terry Zitek, Assistant United States Attorney.

M. Allison Guagliardo
Assistant Federal Public Defender

3