# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 25, 2007

Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA  FL  33602-3849

**Appeal Number: 06-12761-FF**
Case Style: USA v. Sami Amin Al-Arian
District Court Number:  03-00077 CR-T-30-TBM

The Supreme Court has denied certiorari.  The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Marcus Simmons (404) 335-6175

c: District Court Judge

MDT-4 (04-2007)

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

April 16, 2007

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

William K. Suter
Clerk of the Court
(202) 479-3011

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 2 5 2007

THOMAS K. KAHN
CLERK

Re: Sami Amin Al-Arian
v. United States
No. 06-1219
(Your No. 06-12761-FF)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

2007 APR 27 PM 1:20
CLERK US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA FLORIDA

FILED