UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:03-cr-77-T-30TBM

**UNITED STATES OF AMERICA**

-vs-                                                    16 June 2005
                                                        9:25 a.m.
**SAMI AMIN AL-ARIAN**                                  Courtroom 13A
**SAMEEH HAMMOUDEH**
**GHASSAN ZAYED BALLUT**
**HATIM NAJI FARIZ**

            Defendants.
------------------------/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT OF JURY TRIAL – TESTIMONY OF GALAL RAMADAN)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**

<u>APPEARANCES</u>

**For the Government:**          **WALTER FURR, ESQUIRE**
                                 **TERRY ZITEK, ESQUIRE**
                                 **CHERIE KRIGSMAN, ESQUIRE**
                                 **ALEXIS COLLINS, ESQUIRE**
                                 *Assistant United States Attorneys*
                                 *United States Attorney's Office*
                                 400 North Tampa Street
                                 Suite 3200
                                 Tampa, Florida 33602

**For the Defendant**            **WILLIAM MOFFITT, ESQUIRE**
**Sami Al-Arian:**               *Cozen O'Conner, P.C.*
                                 1667 K Street, Northwest
                                 Suite 500
                                 Washington, D.C. 20006-1605

                                 **LINDA MORENO, ESQUIRE**
                                 *Law Office of Linda Moreno*
                                 P.O. Box 10985
                                 Tampa, Florida 33679-0985

*(appearances continued on next page)*

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

| | |
|---|---|
| For the Defendant<br>Sameeh Hammoudeh: | **STEPHEN BERNSTEIN, ESQUIRE**<br>Post Office Box 1642<br>Gainesville, Florida 32602 |
| For the Defendant<br>Ghassan Zayed Ballut: | **BRUCE HOWIE, ESQUIRE**<br>**BROOKE ELVINGTON, ESQUIRE**<br>*Piper, Ludin, Howie & Werner*<br>5720 Centra Avenue<br>St. Petersburg, Florida 33707 |
| For the Defendant<br>Hatim Naji Fariz: | **KEVIN BECK, ESQUIRE**<br>**ALLISON GUAGLIARDO, ESQUIRE**<br>**WADIE SAID, ESQUIRE**<br>*Assistant Federal Public Defenders*<br>*Office of the Federal Public*<br>*    Defender*<br>400 North Tampa Street<br>Suite 2700<br>Tampa, Florida 33602 |
| ALSO PRESENT: | **SAMI AMIN AL-ARIAN (Defendant)**<br>**SAMEEH HAMMOUDEH (Defendant)**<br>**GHASSAN ZAYED BALLUT (Defendant)**<br>**HATIM NAJI FARIZ (Defendant)**<br>**KERRY MYERS (FBI Case Agent)**<br>**CHARLOTTE BRAZIEL (FBI Agent)**<br>**SARA BOSWELL (Courtroom Deputy**<br>**    Clerk)**<br>**FRANK DOHERTY (Court Security**<br>**        Officer)** |
| REPORTED BY: | **SHERRILL LYNN JACKSON, RPR,** FPR<br>*Federal Official Court Reporter*<br>801 North Florida Avenue<br>Suite 13A<br>Tampa, Florida 33602<br>Phone:  (813) 301-5041 |

# I N D E X

Page

GALAL RAMADAN

    Direct Examination by Mr. Furr........................4

CERTIFICATE OF REPORTER.................................21

# E X H I B I T S

Government's Exhibit 24.................................13

Government's Exhibit 382................................15

```
 1  (9:25 a.m.)        P R O C E E D I N G S

 2  * * * * * * * * * * * * * * * * * * * * * * * * *

 3          THE COURT:  Call your next witness, please.

 4          MR. FURR:  Galal Ramadan.

 5          (The witness was duly sworn/affirmed and responded

 6  as follows:)

 7          THE WITNESS:  I do.

 8          THE CLERK:  Thank you.  Please be seated.

 9          THE WITNESS:  (Seated.)

10          THE CLERK:  Would you please state your name and

11  spell your first and last name for the record.

12          THE WITNESS:  My first name is Galal.  Last name

13  is Ramadan, R-A-M-A-D-A-N.

14          THE COURT:  Proceed.

15                      GALAL RAMADAN,

16  the witness, being sworn or affirmed, testified as follows:

17                  DIRECT EXAMINATION

18  BY MR. FURR:

19  Q    Sir, what's your occupation?

20  A    I'm a graphic designer.

21  Q    Where do you currently work?

22  A    Yes.

23  Q    Where do you work?

24  A    I have my own business.

25  Q    What's it called?
```

1   A    G. R. Graphics, Inc.

2   Q    G. R. Graphics, Inc?

3   A    Yes.

4   Q    Sort of your initials?

5   A    Yes.

6   Q    Where is it located, what part of town?

7   A    1302 West Busch Boulevard.  That's north Tampa.

8   Q    Sir, how long have you lived in the Tampa area?

9   A    I lived in the Tampa area since 1989.

10   Q    And where did you -- when you came to Tampa, where were

11 you coming from?

12   A    From New York.

13   Q    And how long had you been in New York?

14   A    For almost three years.

15   Q    All right.  Were you born in New York?

16   A    No.

17   Q    Where were you born?

18   A    I was born in Rassam, Egypt.

19   Q    Are you a naturalized U.S. citizen?

20   A    Yes.  I came here in '85 on a green card.  It was my

21 green card.

22   Q    All right.  And you became a citizen approximately

23 when?

24   A    1990.

25   Q    Now, when you came down to Tampa in -- you said 1989 --

```
1  around 1989 --

2  A    Yes, sir.

3  Q      -- when you came to Tampa from New York, where did you

4  go to work?

5  A    I worked at Tampa Tribune.

6  Q    The newspaper?

7  A    The newspaper, yes.

8  Q    Doing what?

9  A    Graphic design work.

10 Q    Was that a full-time job?

11 A    Started a part-time job for almost six months; and

12 after that, full time for six and a half years.

13 Q    All right.  And which shift did you work?

14 A    I work at night shift.

15 Q    Now, in the late 1980s, after you arrived in Tampa,

16 were you working the night shift at the Tampa Tribune?

17 A    19 --

18 Q    1989, 1990?

19 A    Yes.

20 Q    And during the day, were you trying to obtain

21 employment or work as well?

22 A    Yes.

23 Q    And what were you during in the day?

24 A    I tried to get other work to support my family as a

25 freelance graphic designer.
```

1 Q    What does a graphic designer do?

2 A    Well, we do design magazines and newsletters, design

3 logos, corporate IDs; any kind of, you know, commercial

4 artwork, as we say it.

5 Q    All right.  Did you -- after you arrived in Tampa, did

6 you have an occasion to meet an individual named "Sami

7 Al-Arian"?

8 A    Yes.

9 Q    And do you recall where you met Mr. Sami Al-Arian?

10 A    I think, as far as I remember, I met him through the

11 mosque in Tampa -- one of the mosques in Tampa.

12 Q    And did you know what Mr. Al-Arian did for a living at

13 that time?

14 A    When I met him first, I didn't know; and eventually I

15 knew that he was working -- he worked as a professor at USF.

16 Q    Did you over time do any work for Mr. Al-Arian as a

17 graphic artist?

18 A    I think he -- I don't know what -- how we can, you

19 know -- the relationship initiated, but, you know, I was

20 looking for work at that time; and somebody else, you know,

21 introduced us; because I knew people as well at that time,

22 and they knew that I'm a graphic designer and I can use, you

23 know, work; and that -- that might be the initial

24 relationship with Dr. Sami Al-Arian.

25 Q    So, your initial relationship was that of a graphic

1 designer with him?

2 A    Yes.

3 Q    And did you have occasion to do any work on behalf of

4 Mr. Al-Arian for an organization called "ICP"?

5 A    Yes.

6 Q    What -- just generally, what sort of stuff did you do

7 for ICP?

8 A    Well, I -- at that time, I did some, I guess,

9 brochures -- brochures, signs; and after that, we worked on

10 a project, magazine, called *Inquiry*.

11 Q    Called *Inquiry* magazine?

12 A    Yes.

13 Q    What did you do for the *Inquiry* magazine?

14 A    I was a graphic designer.  I just put it together.

15 Q    All right.  Now, did you notice through -- did you --

16 did you work with anybody else when you were working with

17 Mr. Al-Arian?  Was there anyone else associated with him in

18 regards to ICP that you had contact with?

19 A    Well, as far as Mr. Sami Al-Arian, I haven't worked

20 with him all the time.  I worked with his associate.

21 Q    Who was his associate?

22 A    A gentleman called -- his name is Sami Abujbara.

23 Q    Hussam Abujbara was the man's name?

24 A    Yes.

25 Q    Sir, I show you what's in evidence as Government

1  Exhibit 444-A.  It's a photograph.  It has people in it.  I

2  want you to look and see if you see Mr. Abujbara in that

3  photograph.

4  A    Yes.  That's his picture here.

5  Q    As you look at the photograph, can you tell -- you're

6  pointing to the corner.  Can you tell me which corner the

7  man's in when you look at the photograph?

8  A    He's in the left bottom.

9  Q    All right.  (Displays item.)  Is this the man you

10  pointed to?

11  A    Yes.

12  Q    That's Hussam Abujbara?

13  A    Yes.

14  Q    Also, you called him "Sami Abujbara"?

15  A    No, no, no.  Hussam.  I forget his name.  I haven't

16  contacted him for many years.

17  Q    How was he -- did you describe him as an associate of

18  Mr. Al-Arian's?

19  A    I'm sorry?

20  Q    Did you describe him as an associate of Mr. Al-Arian?

21  A    Yes.

22  Q    How, to your knowledge, was he associated with

23  Mr. Al-Arian?

24  A    He was representing, I would say, the business side of

25  the ICP at that time, and --

1   Q    All right.  Did there come a time, after you had done

2  some graphics artist work for ICP, that you and Mr. Al-Arian

3  spoke of creating a partnership among yourselves?

4  A    Yes.

5  Q    And what was that partnership to be?  What was it

6  about?

7  A    Well, it was about to form graphic agency.

8  Q    What kind of graphic agency?

9  A    "Graphic agency" means an independent business that

10  creates graphic work and designs for large, you know -- for

11  the community -- for a large community, for the customer.

12  Q    The sort of business that you have now?

13  A    Yes (nodding head).

14  Q    All right, that did graphic artist work; correct?

15  A    Yes.

16  Q    All right.  Now, you and Mr. Al-Arian discussed this.

17  Was Mr. Al-Arian going to personally work there?

18  A    No -- you mean the graphics?

19  Q    Yes, sir.

20  A    As graphic agent?

21  Q    Yes, sir.

22  A    No.

23  Q    How was that going to work out?  Was it just going to

24  be you or someone else?

25  A    No.  It was me and Hussam Abujbara as representing, you

1 know, ICP.

2 Q    All right.

3       You were already a graphics artist at this time;

4 correct?

5 A    Yes.

6 Q    You brought the knowledge of how to do this work to the

7 job; correct?

8 A    Yes.

9 Q    What was -- what was -- what were your -- was your

10 partner going to bring, whether it was Mr. Abujbara or

11 Mr. Al-Arian?  What were they going to bring?

12 A    Well, it just -- actually, he just maintains -- I mean,

13 it's just to -- I would say that he supervises how the work

14 is done, I mean, how the business is going and how the

15 business performs and, he has, you know, computer knowledge

16 at that time, more than I did as far as computer knowledge.

17 I was, at that time, transforming -- transforming my

18 profession from my -- from the traditional graphic and

19 designer work to computer graphics and I needed him at that

20 time to -- as far as computer technique -- technician -- as

21 technician -- computer technician.

22 Q    Who was going to help you with the computer side of the

23 business?

24 A    Well, he did, until some circumstance --

25 Q    Who is "he"?

```
 1   A      Hussam Abujbara.

 2   Q      Was he good on computers?

 3   A      I'm sorry?

 4   Q      Was he knowledgeable of computers?

 5   A      Yes.

 6           MS. MORENO:  Objection; hearsay, foundation.

 7           THE COURT:  Overruled.

 8   BY MR. FURR:

 9   Q      Now, you ultimately did this -- did you actually enter

10   into a relationship and create a business?

11   A      Yes.

12   Q      What was the name of the business?

13   A      "Creative Graphics."

14   Q      "Creative Graphics"?

15   A      Yes.

16   Q      And, ultimately, did you -- did you obtain a lease or a

17   place to have an office?

18   A      Yes.  We shared the office space with a construction

19   company -- I mean, just one self -- self-employment

20   business, who was doing construction.

21   Q      You shared a business location with someone else?

22   A      Yes, with somebody else.

23   Q      Let me show you Government's Exhibit 24 (handing item

24   to the witness) and just ask if you recognize that.

25   A      Yeah.  I -- that's -- that was the lease for the space.
```

1  Q    All right.  Was this the lease for the space that you

2  shared with the construction company?

3  A    Yes.

4  Q    For Creative Graphics?

5  A    Yes.

6          MR. FURR:  Judge, the Government would offer 24

7  into evidence.

8          THE COURT:  Be admitted.

9          MS. MORENO:  Objection, relevance.

10         THE COURT:  Overruled.

11         (Government's Exhibit 24 was received in

12 evidence.)

13 BY MR. FURR:

14 Q    This is the first page.  It indicates the lease is

15 between a man named "Mustafa Alvi" and Alvi Construction

16 Company.  Who was that?

17 A    That's the guy who leased the space from me.

18 Q    Okay.  And there's a name here.  Can you tell whose

19 name that is?

20 A    Hussam Abujbara.  Hussam Abujbara.

21 Q    Then the other name next to it?

22 A    That's my name.

23 Q    All right.  And Creative Graphics, that's --

24 A    The -- the business.

25 Q    -- the name of your business?

1   A     Yes, sir.

2   Q     Where was Creative Graphics located?

3   A     On Busch Boulevard.  I think it's 4805 or something

4   like that on West -- East Busch Boulevard.

5   Q     All right.  Ultimately, did you -- did you enter into a

6   business contract agreement in regards to this business?

7   A     Well, after, I think, a few months or a year or so, I

8   found that I was working there, and I have no -- any -- you

9   know, connection with --

10              MS. MORENO:  Objection, unresponsive.

11              THE COURT:  Sustained.

12              THE WITNESS:  -- with the --

13  BY MR. FURR:

14  Q     Just yes or no.  Ultimately, did you enter into a

15  business agreement regarding your participation in this

16  business?

17  A     I asked it for.

18  Q     I show you what's marked as Government's Exhibit 382

19  that's been identified previously.  It's not in evidence

20  (handing item to the witness).

21  A     Yeah.

22  Q     I ask if you recognize that document.

23  A     Yeah, I remember this document.

24  Q     Was that your -- was that the business agreement that

25  you entered into regarding Creative Graphics?

1  A    Well, this is -- this proposal -- he offered me this

2  proposal, but I refused it.

3  Q    But this is the proposal that you were offered?

4  A    Yes.

5  Q    Who offered it to you?

6  A    Hussam Abujbara.

7         MR. FURR:  Judge, the Government will offer 382 in

8  evidence.

9         MS. MORENO:  Objection, irrelevant.

10         THE COURT:  Overruled.  It will be admitted

11  subject to it being tied up.

12         (Government's Exhibit 382 was received in

13  evidence.)

14  BY MR. FURR:

15  Q    Did the -- did the business agreement -- did it

16  describe what your duties were and what Mr. Abujbara's

17  duties were?

18         MS. MORENO:  Objection, irrelevant.

19         THE COURT:  Overruled.

20  BY MR. FURR:

21  Q    You can answer.

22  A    Yes.  It described me as business manager and Hussam

23  Abujbara as owner, and it mentioned that just we shared the

24  profits and didn't mention anything about assets.

25  Q    Is that why you didn't do it?

1  A    That was my, at that time, my desire to have shared

2  assets, because I was -- I was only the one working there;

3  and I worked very hard to establish the business, and I was

4  hoping that they can share -- I can -- you know, I'm part of

5  the business and -- and I be a partner in assets as well.

6  Q    All right.  Now, you'd indicated that you had

7  originally met Mr. Al-Arian?

8  A    Yes.

9  Q    All right.  What -- what connection and role did

10  Mr. Al-Arian have in the creation of Creative Graphics?

11  A    Well, I guess he was behind all the decisions, you

12  know -- decision-making as far as -- as far as creating the

13  business.

14         MS. MORENO:  Objection; non-responsive, needs to

15  lay a foundation.  He said, "I guess."

16         THE COURT:  Overruled.

17  BY MR. FURR:

18  Q    Did you have discussions with Mr. Al-Arian and

19  Mr. Abujbara about creating Creative Graphics?

20  A    Yes.  On several occasions, yes.

21  Q    Now, through your work at Creative Graphics, did you --

22  or through your association with Mr. Al-Arian, did you come

23  to know someone named "Ramadan Abdullah" or "Ramadan

24  Abdullah Shallah"?

25  A    I -- you know, I -- I saw this guy a few times on

1 several occasions, and he was giving some lecture at one of

2 the mosques; and I guess I -- as far as I remember, I met

3 him maybe one or two times at ICP; and -- I don't -- but I

4 don't have any direct contact as far as business with him.

5 Q    I show you what's marked as 23-E, and it's in evidence

6 (handing item to the witness).  There's some writing on the

7 document, but there's a picture on it.  You recognize the

8 person's picture on that document?

9 A    Yes.

10 Q    Who is that?

11 A    It's Ramadan -- I mean -- it's Ramadan Shallah.

12 Q    Just so we know who we're talking about, when you say

13 you met or had seen Ramadan Shallah, is that who you met or

14 had seen?

15 A    Yes, sir.

16 Q    From -- from your dealings with ICP at doing the

17 graphic artist work for him, were you able to tell whether

18 they were involved in Middle Eastern issues and Palestinian

19 issues, whether that was a -- an area of emphasis for that

20 organization?

21 A    I would say that yes, they were involved in Palestinian

22 issues and Middle Eastern, you know, and religious issues as

23 well.

24 Q    Let me ask you, did you have any interest at all in any

25 of those issues?

```
 1   A     No.

 2   Q     Ultimately, did you sever your relationship with

 3   Creative Graphics and with Mr. Al-Arian and Mr. Abujbara?

 4   A     Yes.

 5   Q     Approximately when?

 6   A     As far as I remember, it was sometime in '92 --

 7   sometime in '92 -- early '92 or something -- early '92 or

 8   late '91.

 9   Q     Did you have any relationship with them after that?

10   A     I'm sorry?

11   Q     Any relationship with them after that?

12   A     No, zero.

13              MR. FURR:  No other questions, Judge.

14              THE COURT:  Any cross?

15              MS. MORENO:  Your Honor, may we approach?

16              THE COURT:  All right.

17              (Bench conference as follows:)

18              MS. MORENO:  Your Honor, I would move to strike

19   the entire testimony of Mr. Ramadan on the basis of

20   relevance.  We have no idea why the Government brought this

21   gentleman to testify.  It doesn't seem that he testified as

22   to any relevant issues in any of the counts charged.  So, we

23   would move to strike his entire testimony as being

24   irrelevant.

25              I have no questions of this witness.
```

```
1              THE COURT:  Response?

2              MR. FURR:  He testified as to associations of

3  Al-Arian.  He testified as to his dealings with Al-Arian.

4              THE COURT:  Does Mr. Abujbara have any

5  relationship to this case?

6              MR. FURR:  Yes, he does.

7              THE COURT:  Okay, overruled.

8              (Bench conference concluded.)

9              MS. MORENO:  Your Honor, I have no questions at

10 this time.

11             THE COURT:  All right.  Any cross from anyone?

12             (No response.)

13             THE COURT:  Thank you, sir.  You're excused.

14             Next witness.

15   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

16             (Excerpt concluded.)

17                            - - - - -

18

19

20

21

22

23

24

25
```

CERTIFICATE OF REPORTER

I, SHERRILL L. JACKSON, Federal Official Court Reporter for the United States District Court, Middle District of Florida, Tampa Division,

DO HEREBY CERTIFY, that I was authorized to and did, through use of Computer-Aided Transcription, report in shorthand the proceedings and evidence in the above-styled cause, as stated in the caption hereto, and that the foregoing pages numbered 1 to 20, inclusive, constitute a true and correct transcription of my shorthand report of said proceedings and evidence.

IN WITNESS WHEREOF I have hereunto set my hand this 20th day of June, 2008.

*s/Sherrill L. Jackson*
_____
SHERRILL L. JACKSON, RPR, FPR
Federal Official Court Reporter