# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 16, 2008



Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA FL 33602-3849

**Appeal Number: 06-16008-EE**
Case Style: USA v. Sami Amin Al-Arian
District Court Number: 03-00077 CR-T-30-TBM

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jenifer Tubbs (404) 335-6166

c: District Court Judge

MDT-4 (04-2007)

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

FILED

*U.S. COURT OF APPEALS RECEIVED CLERK — OCT 1 4 2008 — ATLANTA, GA.*

08 OCT 20 PM 2: 37
William K. Suter
Clerk of the Court
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

October 6, 2008

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 1 4 2008

THOMAS K. KAHN
CLERK

> Re: Sami Amin Al-Arian
>     v. United States
>     No. 08-137
>     (Your No. 06-16008) – EE

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk